IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARDELL WASHINGTON,

   Petitioner,

     v.

GREGORY MCLAUGHLIN WARDEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:12-CV-2868-TWT

## ORDER

This is a pro se habeas corpus action by a state prisoner serving a life sentence. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending that the Petition be dismissed as untimely pursuant to 28 U. S. C. § 2244(d)(1). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 28 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Washington\r&r.wpd